IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41423
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROSALIO CALZONCINTH,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No.  B-97-CR-198-1
- - - - - - - - - - -
June 17, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges

PER CURIAM:[*]

     Rosalio Calzoncinth appeals his conviction for conspiracy to
transport and harbor aliens and knowingly transporting aliens
within the United States.  Calzoncinth argues that the district
court erred in admitting the videotaped depositions of the alien
witnesses because the Government did not establish that the
witnesses were unavailable.  The district court did not err in
admitting the alien witnesses' deposition testimony.  See United
States v. Allie, 978 F.2d 1401, 1407 (5th Cir. 1992).

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

AFFIRMED.